**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7199**

_____

KENNETH DARNIEL SWEETING,

              Plaintiff - Appellant,

         v.

DOCTOR ULEP, Head Nurse; REGISTERED NURSE WOODRUFF; LP NURSE
BALDWIN; NURSE O'NEIL; NURSE BUTTS, (male); NURSE TWEET,

              Defendants – Appellees,

         and

T. LYONS, Mental Health Psychologist,

              Defendant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Arenda L. Wright Allen, District
Judge.  (2:14-cv-00157-AWA-RJK)

_____

Submitted:  December 15, 2016      Decided:  December 20, 2016

_____

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth Darniel Sweeting, Appellant Pro Se.   Elizabeth Martin
Muldowney, RAWLS, MCNELIS & MITCHELL, PC, Richmond, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Darniel Sweeting appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint for failure to exhaust administrative remedies and the court's order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sweeting v. Ulep, No. 2:14-cv-00157-AWA-RJK (E.D. Va. June 29, 2016 & Aug. 15, 2016). We deny Sweeting's motions to compel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED